IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CRAIG PATTY AND CRAIG THOMAS EXPEDITORS, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | No. 17-817C |
| v. | ) ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties stipulate that this action is dismissed with prejudice, with each party to bear its own costs, fees, and expenses.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
| s/ Arnold Anderson Vickery<br>ARNOLD ANDERSON VICKERY<br>Vickery & Shepherd, LLP<br>1000 Memorial Drive, Suite 2970<br>Houston, Texas 77024-3485<br>Tel.: (713) 526-1100<br>andy@justiceseekers.com | ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>/s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
| *Attorney for Plaintiffs* | /s/ Tanya B. Koenig<br>TANYA B. KOENIG<br>Trial Attorney<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 305-7587<br>Email: Tanya.B.Koenig@usdoj.gov |
| Dated:  May 17, 2019 | *Attorneys for Defendant* |